

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-22-00284-CR

## EX PARTE RYAN BASS

---

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2022-1967-1

---

## MEMORANDUM OPINION

---

Ryan Bass appealed the trial court's denial of Bass's pre-trial application for writ of habeas corpus. In a motion to dismiss filed on February 9, 2023, the State contends the appeal should be dismissed as moot because the State refused prosecution of Bass's case and Bass is no longer in custody. By letter of the same date, the Clerk of this Court notified Bass that the appeal would be dismissed unless, within 10 days from the date of the letter, Bass filed a response showing grounds for continuing the appeal. More than 10 days have passed, and Bass has not filed a response.

We agree with the State that this appeal is now moot. Accordingly, the State's Motion to Dismiss is granted, and this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed March 1, 2023
Do not publish
[OT06]

